# Court of Appeals
# of the State of Georgia

ATLANTA, August 29, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0169. HUONG TRAN et al. v. MAI NGUYEN et al.

In this civil action, defendants Huong Tran and Nail Eagle, Inc., filed this direct appeal from the trial court's order denying their motion for OCGA § 9-15-14 attorney fees. We lack jurisdiction.

An appeal from a trial court order granting or denying a request for OCGA § 9-15-14 attorney fees must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (10), (b); *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002); *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Consequently, the defendants' failure to follow the discretionary review procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Capricorn Systems*, 253 Ga. App. at 842; *Jones*, 186 Ga. App. at 363 (2).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/29/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*